447 A.2d 666

Commonwealth v. Waring, Appellant.

Submitted October 5, 1981. A. Charles Peruto, Jr., for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Armand Della Porta is affirmed.

POPOVICH, J., concurred in the result.